COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   *Manhattan / Vaughn, JVP v. Josefina Garcia, Individually and as Heir to the Estate of Angel Garcia (deceased); and Orbelinda Herrera, as next friend of A. G. and B. G. (minors)*

Appellate case number:   01-16-00443-CV

Trial court case number:  2013-76550

Trial court:               80th District Court of Harris County

Counsel for the appellees previously informed the court that the parties had reached an agreement to settle this case. To facilitate approval and implementation of a settlement agreement involving minor children, the court abated the appeal for 30 days.

Counsel for the appellant has informed the court that the parties have appointed a guardian ad litem, attended a minor-settlement conference, signed the final release papers, and begun funding the settlement. Appellant has requested that the appeal remain abated for an additional 30 days to allow the trial court to vacate its prior judgment and sign a new agreed final judgment.

This appeal shall remain abated. No later than **30 days from the date of this order**, the parties must inform this court whether the settlement agreement has been finalized. The appeal may be reinstated upon motion of any party.

If the parties fail provide such notification or an unopposed or joint motion for further abatement, the court will lift the abatement, reinstate the case, and proceed with disposition of the appeal.

If the parties finalize the settlement agreement, a motion to dismiss that complies with Texas Rule of Appellate Procedure 42.1 must be filed in this Court no later than **45 days from the date of this order.**

It is so **ORDERED**.

Judge's signature: /s/ Michael Massengale

☐ Acting individually   ☑ Acting for the Court

Panel consists of Justices Higley, Massengale, and Lloyd

Date: July 12, 2018